11490.   DUGGAR *et al. v.* THE STATE.

BROYLES, C. J. The excerpt from the charge of the court complained of, when considered in connection with the entire charge, contains no harmful error, and the verdict was amply authorized by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 15, 1920.

Indictment for manufacture of liquor; from Murray superior court — Judge Tarver. March 13, 1920.

*H. H. Anderson,* for plaintiffs in error.

*J. M. Lang, solicitor-general,* contra.